BRIAN J. STRETCH (CABN 132612)
United States Attorney

THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
FAX: (415) 436-7009

KATHERINE WALSH (Maryland Bar)
Trial Attorney, Tax Division
U.S. Department of Justice

P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 353-7205
Fax:         (202) 514-9868

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN C. HOM, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:16-cv-664-JCS |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 6-1, the parties stipulate to extend the time for the United States to respond to the complaint in this matter by 30 days. A response to Plaintiff's complaint is currently due on April 9, 2016. The United States and Plaintiff stipulate that the United States shall have until May 9, 2016 to respond to the complaint. Because this stipulation does not alter

the date of any event or deadline already fixed by Court order, no Court order is required under Local Rule 6-1.

Accordingly, the parties request that the United States has until May 9, 2016 to respond to Plaintiff's complaint.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/ Cynthia Stier
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney

/s/ Katherine Walsh
KATHERINE WALSH (Maryland Bar)
Trial Attorney, Tax Division

John C. Hom

JOHN C. HOM
Plaintiff, pro se
42 Oak Crest Drive
San Rafael, CA 94903
(415) 420-2182

Dated: 4/11/16    IT IS SO ORDERED.
/s/ Joseph C. Spero
Chief Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that on I certify that on April 8, 2016, a copy of the foregoing was sent by U.S. Mail to the following:

    John C. Hom
    42 Oak Crest Drive
    San Rafael, CA 94903

/s/ Katherine Walsh
KATHERINE WALSH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-7205
Facsimile: (202) 514-9868
Katherine.walsh@usdoj.gov